This memorandum is uncorrected and subject to revision before publication in the New York Reports.
-----------------------------------------------------------------

No. 204  SSM 21
The People &c.,
          Appellant,
        v.
Tyson Sydoriak,
          Respondent.


          Submitted by Christopher Blira-Koessler, for appellant.
          Submitted by Alexis A. Ascher, for respondent.


MEMORANDUM:

          The order of the Appellate Division should be reversed and the case remitted to the Appellate Division, Second Department, for consideration of the facts and issues raised but not determined on the appeal to that court, for reasons stated in People v Nealon (___ NY3d ___, 2015 NY Slip Op ___ [decided

- 1 -